UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

FILED
Oct 20   3 31 PM '03
U.S. DISTRICT COURT
NEW HAVEN

BRIDGET PANICCIA,           :
                            :
            Plaintiff,      :   C.A. NO. 02-CV-0944 (MRK)
                            :
    v.                      :
                            :
THE CHILD CARE CENTER       :
OF STAMFORD, INC.,          :
                            :
            Defendant.      :   October 17, 2003

## MOTION TO WITHDRAW APPEARANCE OF DAVID P. POWILATIS

Pursuant to Local Rule 7(e), the undersigned attorney respectfully moves for the withdrawal of his appearance as attorney for the defendant The Child Care Center of Stamford, Inc. in this case because he has accepted in-house position and will no longer be working for the law firm of Jackson Lewis LLP. Counsel has sent notice of this motion via certified mail (attached as Exhibit A) to the defendant The Child Care Center of Stamford, Inc. Jackson Lewis attorney Michael J. Soltis has already entered an appearance on behalf of the defendant.

Respectfully submitted,
DEFENDANT,
THE CHILD CARE CENTER OF
STAMFORD, INC.

By: _____
David P. Powilatis (CT 21766)
powilatisd@jacksonlewis.com
Michael J. Soltis (CT 07143)
soltism@jacksonlewis.com
JACKSON LEWIS LLP
177 Broad Street, P.O. Box 251
Stamford, Connecticut 06904-0251
Tel: (203) 961-0404
Fax: (203) 324-4704

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, postage prepaid, this 17th day of October 2003 to counsel of record listed below:

Alfred J. Smith, Jr., Esq.
706 Bedford Street
Stamford, CT 06901

_____
David P. Powilatis

# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | SACRAMENTO, CA |
| 177 Broad Street | BOSTON, MA | MIAMI, FL | SAN FRANCISCO, CA |
| P.O. Box 251 | CHICAGO, IL | MINNEAPOLIS, MN | SEATTLE, WA |
| Stamford, CT 06904-0251 | DALLAS, TX | MORRISTOWN, NJ | STAMFORD, CT |
| Tel 203 961-0404 | GREENVILLE, SC | NEW YORK, NY | WASHINGTON, DC REGION |
| Fax 203 324-4704 | HARTFORD, CT | ORLANDO, FL | WHITE PLAINS, NY |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | |

October 17, 2003

**VIA CERTIFIED MAIL**
**(Return Receipt No. 7003 0500 0002 2922 3977)**

Ms. Mary Aly
Director of Administration and Finance
The Child Care Center of Stamford, Inc.
64 Palmer's Hill Road
Stamford, CT 06902

> Re: Paniccia v. The Child Care Center of Stamford
> Civ. Action No: 3:02CV0944 (MRK)

Dear Ms. Aly:

As Mike Soltis informed you, I am leaving Jackson Lewis because I have accepted an in-house labor relations position. Accordingly, I must withdraw my appearance as attorney for The Child Care Center in the above-referenced matter. Enclosed please find a copy of the Motion to withdraw my appearance.

Jackson Lewis LLP and attorney Michael J. Soltis will continue to represent The Child Care Center in this matter. If you have any questions, please contact Mike at (203) 961-0404.

Thank you for your attention to this matter.

Sincerely,

JACKSON LEWIS LLP

David P. Powilatis

DPP/rp
Enclosure

cc: Michael J. Soltis, Esq.