UNITED STATES DISTRICT COURT   Ord WthdrApp

DISTRICT OF CONNECTICUT

FILED
Oct 29  2 31 PM '03

U.S. DISTRICT COURT

| | |
|---|---|
| BRIDGET PANICCIA, | : NO. 3:02cv0944(MRK) |
| Plaintiff, | : |
| v. | : |
| THE CHILD CARE CENTER OF STAMFORD, INC., | : |
| Defendant. | : |

## ORDER

The Motion To Withdraw Appearance Of David P. Powilatis (Doc. 31), dated October 17, 2003, is hereby **GRANTED**.

IT IS SO ORDERED.

Mark R. Kravitz, U.S.D.J.

Dated at New Haven, CT: <u>October 28, 2003</u>