UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGET PANICCIA, | : |
| Plaintiff, | : C.A. NO. 02-CV-0944 (JBA) |
| v. | : |
| THE CHILD CARE CENTER OF STAMFORD, INC., | : |
| Defendant. | : December 23, 2003 |

## APPEARANCE OF ALISON JACOBS WICE

Please enter my appearance as attorney for defendant The Child Care Center of Stamford, Inc. This appearance is in addition to those on file.

By: /s/ Alison Jacobs Wice
Alison Jacobs Wice
CT 21771
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Phone: (203) 961-0404
Facsimile: (203) 324-4704
Email: wicea@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing APPEARANCE has been sent, via certified mail return receipt requested, postage prepaid, to counsel of record:

> Alfred J. Smith, Jr., Esq.
> 706 Bedford Street
> Stamford, Connecticut 06901

This 23d day of December 2003.

*Alison Jacobs Wice*
Alison Jacobs Wice

2

Case 3:02-cv-00944-MRK   Document 33   Filed 12/24/2003   Page 2 of 2