UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGET PANICCIA, | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 02-CV-0944 (JBA) |
| | : | |
| v. | : | |
| | : | |
| THE CHILD CARE CENTER | : | |
| OF STAMFORD, INC., | : | |
| | : | |
| Defendant. | : | December 23, 2003 |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated July 14, 2003, Plaintiff Bridget Paniccia and Defendant The Child Care Center of Stamford, Inc. jointly file this Status Report.

(a)  **Status of the Case.**

Pursuant to the Court's July 14 Order, this matter was stayed pending disposition of the criminal charges against Plaintiff brought by the State of Connecticut in the Superior Court Judicial District of Stamford/Norwalk at Stamford. Specifically, Plaintiff was charged with First Degree Larceny based on the same allegations that Defendant alleges in support of its Counterclaims.

The Superior Court Judge in that criminal case has issued an order endorsing an agreement that Plaintiff undergo "accelerated rehabilitation." That Order requires Plaintiff to remain on probation for a period of years and to fulfill any and all obligations that may arise from disposition of this civil matter.

As of the date of this Joint Status Report, the parties are engaged in ongoing discussions of settlement of both Plaintiff's claims and the Counterclaims. There are no pending

motions in this matter. Accordingly, the parties respectfully request that the stay remain in effect.

### (b) Interest in Referral for Settlement Purposes to a United States Magistrate Judge or Special Masters Program.

The Court referred this case to the Special Masters Program. A settlement conference was held before Special Master Mark R. Carta, Esq. on October 22, 2002. The parties did not settle this case at that conference. For that reason and because the parties are engaged in ongoing, productive settlement discussions there is no need for referral to a United States Magistrate Judge or a Special Master for settlement purposes at this time.

### (c)   Trial Before a Magistrate Judge

The parties do not consent to a trial before a United States Magistrate Judge.

### (d)   Estimated Length of Trial

The parties are unable to estimate the length of trial at this time because discovery has not been completed, due to the stay that was in effect during the pendancy of the criminal charges against Plaintiff.

PLAINTIFF,

BRIDGET PANICCIA,

By: _____
Alfred J. Smith, Jr., Esq. (CT 01381)
706 Bedford Street
Stamford, CT 06901
Tel.: (203) 359-3200
Fax: (203) 348-8092
E-mail: ajslaw706@aol.com

HER ATTORNEY

DEFENDANT,

THE CHILD CARE CENTER OF STAMFORD, INC

By: _____
Michael J. Soltis (CT 07143)
soltism@jacksonlewis.com
Alison Jacobs Wice (CT 21771)
wicea@jacksonlewis.com
JACKSON LEWIS LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904-0251
Tel.: (203) 961-0404
Fax: (203) 324-4704

ITS ATTORNEY