UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGET PANICCIA, | : | |
| | : | |
| Plaintiff, | : | C.A. NO. 02-CV-0944 (MRK) |
| | : | |
| v. | : | |
| | : | |
| THE CHILD CARE CENTER | : | |
| OF STAMFORD, INC., | : | |
| | : | |
| Defendant. | : | April 21, 2004 |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated February 23, 2004, Plaintiff Bridget Paniccia and Defendant The Child Care Center of Stamford, Inc. jointly file this Status Report.

**(a)    Status of the Case.**

Following the lift of the stay of this matter continued by the Court's July 14, 2003 Order, the Parties recommenced discovery in this case. Specifically, on April 21, 2004 Defendant The Child Care Center served its objections and responses to Plaintiff's First Set Of Interrogatories And Request For Production of Documents. The Parties have also discussed the scheduling of depositions in this matter during the time remaining under the Court's February 23, 2004 Scheduling Order. Also pursuant to that Order, the Parties will participate in a Status Conference with the Court on April 29, 2004 at 9 a.m.

As of the date of this Joint Status Report, the parties are engaged in ongoing discussions of settlement of both Plaintiff's claims and the Counterclaims. There are no pending

motions in this matter. At this time, there appear to be no circumstances which would interfere with the Parties' compliance with the Scheduling Order.

### (b) Interest in Referral for Settlement Purposes to a United States Magistrate Judge or Special Masters Program.

The Court referred this case to the Special Masters Program. A settlement conference was held before Special Master Mark R. Carta, Esq. on October 22, 2002. The Parties did not settle this case at that conference. Despite that outcome, the Parties have recommenced ongoing, productive settlement discussions and believe there is no need for referral to a United States Magistrate Judge or a Special Master for settlement purposes at this time. However, if the Parties agree that if they require the assistance of a United States Magistrate Judge or a Special Master to bring these settlement discussions to fruition, they should be able to identify that need shortly after the April 29, 2004 Status Conference with the Court.

### (c)     Trial Before a Magistrate Judge

The Parties do not consent to a trial before a United States Magistrate Judge.

(d) **Estimated Length of Trial**

The Parties are unable to estimate the length of trial at this time because written discovery has only recently been completed, due to the stay that was in effect during the pendancy of the criminal charges against Plaintiff, and no depositions have been taken as of the date of this Report.


PLAINTIFF,

BRIDGET PANICCIA,

By: _____
Alfred J. Smith, Jr., Esq. (CT 01381)
706 Bedford Street
Stamford, CT 06901
Tel.: (203) 359-3200
Fax: (203) 348-8092
E-mail: ajslaw706@aol.com

HER ATTORNEY

DEFENDANT,

THE CHILD CARE CENTER OF
STAMFORD, INC.

By: _____
Michael J. Soltis (CT 07143)
soltism@jacksonlewis.com
Alison Jacobs Wice (CT 21771)
wicea@jacksonlewis.com
JACKSON LEWIS LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904-0251
Tel.: (203) 961-0404
Fax: (203) 324-4704

ITS ATTORNEY

## CERTIFICATION

This is to certify that a copy of the foregoing has been served, via facsimile transmission and first class mail, postage prepaid, to all counsel of record:

>Alfred J. Smith, Jr.
>706 Bedford Street
>Stamford, Connecticut 06901
>Fax: (203) 348-8092

This 22nd day of April, 2004.

_____
Alison Jacobs Wice