UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday, May 4, 2004

8:30 a.m.

CASE NO. **3:02cv944**   **Paniccia v. Child Care Center of Stamford**

Alfred J. Smith, Jr.
706 Bedford Street
Stamford, CT 06901
203-359-3200

Alison Jacobs Wice
Jackson Lewis - Stfd, CT
177 Broad St.
PO Box 251
Stamford, CT 06904-0251
203-961-0404

**STATUS CONFERENCE HELD**

DATE: 5/4/04

10 min.

Michael J. Soltis
Jackson Lewis
177 Broad St.
PO Box 251
Stamford, CT 06904-0251
203-961-0404

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK