## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGET PANICCIA, | : | |
| | : | |
| Plaintiffs, | : | NO. 3:02CV944 (MRK) |
| | : | |
| v. | : | |
| | : | |
| CHILD CARE CENTER OF STAMFORD, INC., | : | |
| | : | |
| Defendant. | : | |

## **NOTICE**

A TELEPHONIC STATUS CONFERENCE WILL BE HELD ON **JULY 19, 2004 at 8:15 a.m.** Plaintiff's counsel will initiate the conference call. The parties will file a joint status report (instructions attached) with the Clerk's Office no later than **July 12, 2004**.

IT IS SO ORDERED.

/s/         Mark R. Kravitz
                   U.S.D.J.

**Dated at New Haven, Connecticut: May 4, 2004**.

RE:     **CASE NO. 3:02CV944 (MRK)**
-----------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**

-----------------------------------------------------------------

On or before **July 12, 2004,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.

                        BY ORDER OF THE COURT
                        KEVIN F. ROWE, CLERK