UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Jun 9  12 02 PM '04

U.S DISTRICT COURT
NEW HAVEN, CONN.

**BRIDGET PANICCIA,**

      **Plaintiff**             No. 02-CV-0944 (MRK)

v.

**THE CHILD CARE CENTER
OF STAMFORD, INC.**            June 2, 2004

## REQUEST FOR SETTLEMENT CONFERENCE

The Parties to this Civil Action hereby request a Settlement Conference in this Matter, at the convenience of the Honorable Mark R. Kravitz, in his chambers. Ongoing settlement discussions have indicated the strong possibility of resolving this Matter, at this time.

The Scheduling Order requires all discovery be completed by July 1, 2004.

In anticipation of a possible Scheduling Conference prior to Depositions, the Parties have rescheduled Depositions for June 25, 2004 and June 28, 2004.

This Conference would include the Plaintiff and her Counsel, a representative of the Defendant, and its Counsel, and representatives of Insurance Carriers authorized to resolve these matters.

Counsel for Defendant is available at anytime during June, 2004, other than June 17, 2004, and Counsel for the Plaintiff is available at anytime during June, 2004 other than June 30, 2004, due to a Conference in United States District Court in

Boston, MA, on other Matters.

The Parties anticipate that this Settlement Conference would require several hours.

Respectfully submitted on behalf of both Parties to this Matter.

By _____
Alfred J. Smith, Jr., Esq. (CT 01381)
706 Bedford Street
Stamford, CT 06901
Tel: (203) 359-3200
Fax: (203) 348-8092
Email: ajslaw706@aol.com

PLAINTIFF'S COUNSEL

## CERTIFICATION

This is to certify that a copy of the foregoing has been served, via first class mail, postage prepaid, to:

Alison Jacobs Wice, Esq.
Jackson Lewis LLP
177 Broad Street, POBox 251
Stamford, CT 06904-0251

DEFENDANT'S COUNSEL

Alfred J. Smith, Jr., Esq.