UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGET PANICCIA, | : | |
| | : | |
| Plaintiffs, | : | NO. 3:02CV944 (MRK) |
| | : | |
| v. | : | |
| | : | |
| CHILD CARE CENTER OF STAMFORD, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

Construing the parties' Request For Settlement Conference [doc. # 41], dated June 2, 2004, as a motion, and having conferred with the parties telephonically on June 9, 2004, it is hereby GRANTED. It is anticipated that Magistrate Judge Garfinkel will be able to meet with the parties regarding settlement during the last week of June and therefore the deadlines set forth in the court order [doc. # 36], dated February 23, 2004 are suspended and parties are required to file a status report on **July 8, 2004** that indicates if the case has settled and if not, sets forth what schedule the parties are requesting from the court and the basis for the revised dates.

IT IS SO ORDERED.

/s/      Mark R. Kravitz      
United States District Judge

**Dated at New Haven, Connecticut: June 10, 2004**.