UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGET PANICCIA, | : | |
| Plaintiff, | : | C.A. NO. 02-CV-0944 (MRK) |
| v. | : | |
| THE CHILD CARE CENTER OF STAMFORD, INC., | : | |
| Defendant. | : | July 8, 2004 |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated June 10, 2004, Plaintiff Bridget Paniccia and Defendant The Child Care Center of Stamford, Inc. jointly file this Status Report.

(a)  **Status of Settlement Conference with Magistrate Garnfinkel.**

As of the date of this Joint Status Report, the Parties have not been advised of Magistrate Garfinkel's availability to conduct the Settlement Conference pursuant to this Court's June 10, 2004 Order. The Parties have jointly advised Judge Garfinkel of several dates in July 2004 on which they are available for that Conference. To date, no Conference date has been selected.

(b)  **Status of Discovery**

Written discovery is complete in this matter. The Parties are unable to provide a schedule of dates certain for the completion of discovery in this case until a date for the Ordered Settlement Conference has been set. If this matter does not settle following the Ordered Conference, the Parties anticipate that they will require an additional 45 days to complete

depositions of three to five individuals. The Parties request 45 days following the completion of that discovery to file dispositive motions, if any.

    Jointly submitted,

| PLAINTIFF, | DEFENDANT, |
|---|---|
| BRIDGET PANICCIA, | THE CHILD CARE CENTER OF STAMFORD, INC. |

By: *Alfred J. Smith, Jr./ajw*  
    Alfred J. Smith, Jr., Esq. (CT 01381)  
    706 Bedford Street  
    Stamford, CT 06901  
    Tel.: (203) 359-3200  
    Fax: (203) 348-8092  
    E-mail: ajslaw706@aol.com

HER ATTORNEY  
[by express permission]

By: *Alison Jacobs Wice*  
    Michael J. Soltis (CT 07143)  
    soltism@jacksonlewis.com  
    Alison Jacobs Wice (CT 21771)  
    wicea@jacksonlewis.com  
    JACKSON LEWIS LLP  
    177 Broad Street, P.O. Box 251  
    Stamford, CT 06904-0251  
    Tel.: (203) 961-0404  
    Fax: (203) 324-4704

ITS ATTORNEY


## CERTIFICATION

This is to certify that a copy of the foregoing has been served, via facsimile transmission and first class mail, postage prepaid, to all counsel of record:

Alfred J. Smith, Jr.
706 Bedford Street
Stamford, Connecticut 06901
Fax: (203) 348-8092

This 8th day of July, 2004.

Alison Jacobs Wice