UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIDGET PANICCIA, | : | |
| Plaintiff, | : | C.A. NO. 02-CV-0944 (MRK) |
| v. | : | |
| THE CHILD CARE CENTER OF STAMFORD, INC., | : | |
| Defendant. | : | |

## MUTUAL STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Parties in the above-captioned matter, through their undersigned counsel who are authorized by their respective clients to execute this Stipulation, that the above-captioned action, including all claims and counterclaims, be dismissed, with prejudice, and with no award of attorneys' fees, or costs to either party.

Jointly submitted,

PLAINTIFF,
BRIDGET PANICCIA,

By: _____
Alfred J. Smith, Jr., Esq. (CT 01381)
706 Bedford Street
Stamford, CT 06901
Tel.: (203) 359-3200
Fax: (203) 348-8092
E-mail: ajslaw706@aol.com

HER ATTORNEY

DEFENDANT,
THE CHILD CARE CENTER OF
STAMFORD, INC.

By: _____
Michael J. Soltis (CT 07143)
Alison Jacobs Wice (CT 21771)
JACKSON LEWIS LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904-0251
Tel.: (203) 961-0404
Fax: (203) 324-4704
soltism@jacksonlewis.com
wicea@jacksonlewis.com

ITS ATTORNEYS